UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

JOHN L. WILSON  
VIVIAN L. WILSON

CASE NO. 6:10-bk-11680-ABB  
Chapter 13

Debtors.
_____/

## Chapter 13 Plan

**COMES NOW**, the Debtors and files this Chapter 13 Plan. The projected disposable income of the Debtor is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor shall pay the following sums to the Chapter 13 Standing Trustee:

### Plan Payments

| Payment Number by months | Amount of Monthly Plan Payment |
|---|---|
| 1-60 (August, 2010 – July, 2015) | $2,855.00 |

The Debtor shall mail a **money order** or **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13, Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor's name and case number must be indicated clearly thereon and received by the due dates for payment established by court order.

### PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Mangum & Associates, P.A. (Atty. Fees) & | $2,000.00 | $100.00 | 1-20 |
| (Monitoring Fee) | | $75.00 | 21-60 |

**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

N/A

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| CitiMortgage (1st. Mortgage) | $128,066.40 | $2,134.44 | 1-60 |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| CitiMortgage (1st. Mortgage) | $20,000.00 | $333.33 | 1-60 |

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

N/A

**Property to Be Surrendered:**

| Creditor Name: | Property Address: |
|---|---|

N/A

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

N/A

**The following Executory Contracts are assumed**:

Payment

| Name of Creditor | Claim Amount | Payment Amount | Month Numbers |
|---|---|---|---|
| N/A | | | |

**The following Executory Contracts are rejected**:

**Name of Creditor:**                                    **Description of Collateral:**

N/A

**Unsecured Creditors**: whose claims are allowed shall receive a pro rata share of the balance of the funds remaining after payment to Priority and Secured Creditors are made. Approximate percentage: 8.14%

Property of the Estate revests in the Debtors upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor.

## CERTIFICATE OF SERVICE

I/We hereby certify that a true and correct copy of this Chapter 13 Plan of Debtor was furnished by Untied States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 13th day of July, 2010.

/s/ John L. Wilson

John L. Wilson

/s/ Vivian L. Wilson

Vivian L. Wilson

/s/ Kevin E. Mangum, Esquire

Kevin E. Mangum, Esquire
Florida Bar No.: 904260
E-mail: *kevin@mangum-law.com*
**Mangum & Associates, P.A.**
5100 Hwy. 17-92, Suite 300
Casselberry, Florida 32707
Telephone: (407) 478-1555
Facsimile: (407) 478-1552

| | | PAYMENT | $2,855.00 | | | CITIMORT | |
|---|---|---|---|---|---|---|---|
| | | TERM | 60 | | | | |
| | | ARREARAGES | 60 | | | | |
| | | % TO UNSEC. | 8.14% | | | | |
| | | | | m&a fee | CITIMORT | ARREARAGES | UNSECURED |
| | MTH | PAYMENT | TRUSTEE | $2,000.00 | $2,134.44 | $20,000.00 | $13,551.00 |
| May-04 | 1 | $2,855.00 | $285.50 | $100.00 | $2,134.44 | $333.33 | $1.73 |
| Jun-04 | 2 | $2,855.00 | $285.50 | $100.00 | $2,134.44 | $333.33 | $1.73 |
| Jul-04 | 3 | $2,855.00 | $285.50 | $100.00 | $2,134.44 | $333.33 | $1.73 |
| Aug-04 | 4 | $2,855.00 | $285.50 | $100.00 | $2,134.44 | $333.33 | $1.73 |
| Sep-04 | 5 | $2,855.00 | $285.50 | $100.00 | $2,134.44 | $333.33 | $1.73 |
| Oct-04 | 6 | $2,855.00 | $285.50 | $100.00 | $2,134.44 | $333.33 | $1.73 |
| Nov-04 | 7 | $2,855.00 | $285.50 | $100.00 | $2,134.44 | $333.33 | $1.73 |
| Dec-04 | 8 | $2,855.00 | $285.50 | $100.00 | $2,134.44 | $333.33 | $1.73 |
| Jan-05 | 9 | $2,855.00 | $285.50 | $100.00 | $2,134.44 | $333.33 | $1.73 |
| Feb-05 | 10 | $2,855.00 | $285.50 | $100.00 | $2,134.44 | $333.33 | $1.73 |
| Mar-05 | 11 | $2,855.00 | $285.50 | $100.00 | $2,134.44 | $333.33 | $1.73 |
| Apr-05 | 12 | $2,855.00 | $285.50 | $100.00 | $2,134.44 | $333.33 | $1.73 |
| May-05 | 13 | $2,855.00 | $285.50 | $100.00 | $2,134.44 | $333.33 | $1.73 |
| Jun-05 | 14 | $2,855.00 | $285.50 | $100.00 | $2,134.44 | $333.33 | $1.73 |
| Jul-05 | 15 | $2,855.00 | $285.50 | $100.00 | $2,134.44 | $333.33 | $1.73 |
| Aug-05 | 16 | $2,855.00 | $285.50 | $100.00 | $2,134.44 | $333.33 | $1.73 |
| Sep-05 | 17 | $2,855.00 | $285.50 | $100.00 | $2,134.44 | $333.33 | $1.73 |
| Oct-05 | 18 | $2,855.00 | $285.50 | $100.00 | $2,134.44 | $333.33 | $1.73 |
| Nov-05 | 19 | $2,855.00 | $285.50 | $100.00 | $2,134.44 | $333.33 | $1.73 |
| Dec-05 | 20 | $2,855.00 | $285.50 | $100.00 | $2,134.44 | $333.33 | $1.73 |
| Jan-06 | 21 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Feb-06 | 22 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Mar-06 | 23 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Apr-06 | 24 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| May-06 | 25 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Jun-06 | 26 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Jul-06 | 27 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Aug-06 | 28 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Sep-06 | 29 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Oct-06 | 30 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Nov-06 | 31 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Dec-06 | 32 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Jan-07 | 33 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Feb-07 | 34 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Mar-07 | 35 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Apr-07 | 36 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| May-07 | 37 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Jun-07 | 38 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Jul-07 | 39 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Aug-07 | 40 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Sep-07 | 41 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Oct-07 | 42 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Nov-07 | 43 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Dec-07 | 44 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Jan-08 | 45 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Feb-08 | 46 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Mar-08 | 47 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Apr-08 | 48 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| May-08 | 49 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Jun-08 | 50 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Jul-08 | 51 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Aug-08 | 52 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Sep-08 | 53 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Oct-08 | 54 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Nov-08 | 55 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Dec-08 | 56 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Jan-09 | 57 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Feb-09 | 58 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Mar-09 | 59 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| Apr-09 | 60 | $2,855.00 | $285.50 | $75.00 | $2,134.44 | $333.33 | $26.73 |
| | TOTAL | $171,300.00 | $17,130.00 | $5,000.00 | $128,066.40 | $20,000.00 | $1,103.60 |

8.14%

## OTHER PROVISIONS

1. Secured creditors shall retain their liens until their claims are paid in full.

2. Assumption or rejection of executory contracts and unexpired leases shall be accomplished by a separate pleading from this plan.

3. Because the Court requires all secured creditors to receive post-petition payments through the Debtor's Chapter 13 Plan, the Debtors shall not be liable for any amounts assessed post-petition as "late fees" or "late charges" by secured creditors for any reason, and any assessments made by secured creditors of this nature shall not be allowed.

4. Upon payments and distribution of the final payment called for under this plan, any and all mortgages, which have been provided for under this plan, are reinstated in their entirety.

5. All property of the estate shall remain property of the estate until the entry of a discharge or order of dismissal.

6. Upon the final payment of any secured claim provided for in this plan, the lienholder shall tender to the debtors any and all documents evidencing title and/or ownership of collateral securing said claim, and shall indicate on any such documents full satisfaction of the lien and/or claim.

7. If the Internal Revenue Service is allowed a secured claim on the Debtor's property and the same is provided for in the plan then upon the final payment to the secured portion of the Internal Revenue Service's claim the Internal Revenue Service shall immediately release any and all liens it has outstanding or recorded against the Debtors.

/s/ Kevin E. Mangum, Esquire

---

KEVIN E. MANGUM, ESQUIRE
Mangum & Associates, P.A.
5100 Hwy. 17-92, Suite 200
Casselberry, Florida 32707
Phone: (407) 478-1555
Facsimile: (407) 478-1552
Florida Bar No. 904260

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:10-bk-11680-ABB<br>Middle District of Florida<br>Orlando<br>Tue Jul 13 11:47:16 EDT 2010 | Recovery Management Systems Corporation For<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | United States Bankruptcy Court<br>135 West Central Boulevard Suite 950<br>Orlando, FL 32801-2443 |
| Citimortgage<br>PO Box 6006<br>The Lakes, NV 88901-6006 | Crescent Recovery, LLC<br>PO Box 1097<br>Chesapeake, VA 23327-1097 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| GE Money Bank<br>c/o Recovery Mgmt Systems Corp<br>attn: Ramesh Singh<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Seminole County Tax Collector<br>Attn: Ray Valdes<br>Post Office Box 630<br>Sanford FL 32772-0630 |
| Stellar Recovery<br>1845 Hwy. 93 South, Suite 310<br>Kalispell, MT 59901-5721 | John L. Wilson<br>2998 Walker Road<br>Oviedo, FL 32765-8518 | (c)KEVIN E MANGUM<br>MANGUM & ASSOCIATES PA<br>101 SUNNYTOWN RD STE 200<br>CASSELBERRY FL 32707-3862 |
| Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | Vivian L Wilson<br>2998 Walker Road<br>Oviedo, FL 32765-8518 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | (d)Internal Revenue Service<br>Post Office Box 21126<br>Philadelphia PA 19114 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

| | |
|---|---|
| Kevin E Mangum<br>Mangum & Associates PA<br>5100 Highway 17-92<br>Suite 200<br>Casselberry, FL 32707 | End of Label Matrix<br>Mailable recipients    13<br>Bypassed recipients     0<br>Total                  13 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:  Case No. 6: 10-bk-11680-ABB
Chapter 13

JOHN L. WILSON
VIVIAN L. WILSON,

    Debtor(s)
_____/

## DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, **JOHN L. WILSON AND VIVIAN L. WILSON**, Declares under penalty of perjury that:

1. I/We have signed the original (s) of the document (s) identified below under penalty of perjury ("Verified Document (s)").

2. The information contained in the Verified Document (s) is true and correct to the best of my knowledge and belief.

3. I/We understand that the Verified Document (s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

_____       _____
Signature of Debtor                                            Signature of Joint Debtor

Verified Document (s):

| Description | Date Executed | Date Filed |
|---|---|---|
| Chapter 13 Plan | 7/13/10 | 7/13/10 |