**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

In re:   John and Vivian Wilson,          Case No. 6:10-bk-11680-ABB
          Debtors,

**NOTICE OF INCREASE IN PLAN PAYMENTS**
*This notice supersedes any previous notices filed*

TO:     John and Vivian Wilson
         2998 Walker Road
         Oviedo, FL 32765

    This notice is occasioned by a notice of increased mortgage payments received by this office from **Citimortgage** (copy attached). Paragraph 6 of your Confirmation Order provides for this change in plan payments from you to the Trustee, and no further order is required.

    **THE EFFECTIVE DATE OF THIS INCREASE IN PAYMENT IS WITH THE PAYMENT DUE: February 2012**

|  | Former | New |
|---|---|---|
| Mortgage payment | $2,134.44 | $2,218.02 |
| Difference |  | $83.58 |
| Additional Trustee Fee |  | $9.29 |
| Your Payment to the Trustee | $2,902.00 | $2,994.87 (2/12-7/15) |

If you have made one or more payments which are after the effective date of this change, you **MUST**, in order for your payments to be current and in good standing, forward the difference between your former payment and the new payment to the Trustee upon receipt of this notice.

I hereby certify that a copy of the foregoing Notice of Increase in Plan Payments has been forwarded to the debtor at the address listed above and to the debtors' attorney, Kevin E. Mangum, Esq., 5100 Highway 17-92, Ste. 200, Casselberry, FL 32707 on this the 3 day of February, 2012.

                                            /s/ Laurie K. Weatherford
                                            Laurie K. Weatherford
                                            Chapter 13 Trustee
                                            Stuart Ferderer
                                            Attorney for Trustee
                                            Fl. Bar No. 0746967
                                            Post Office Box 3450
                                            Winter Park, Florida 32790-3450

# CitiMortgage

P.O. Box 6243
Sioux Falls, SD 57117-6243
Customer Service 1-800-283-7918*

©2011 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage in NM. CitiMortgage, Inc. is an equal housing lender. Citi, Arc Design, and Citi and Arc Design are registered service marks of Citigroup Inc.

Page 1

62652-000010-001
LAURIE K WEATHERFORD
PO BOX 3450
WINTER PARK FL 32790-3450

## Escrow Account Disclosure Statement

**Annual Escrow Analysis**
Account Number: 0XXXXXX49-7
Analysis Date: December 20, 2011

JOHN WILSON
VIVIAN WILSON

CASE#: 10-11680

RECEIVED DEC 23 2011

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT ANY SUCH OBLIGATION. IF YOU ARE REPRESENTED BY AN ATTORNEY, PLEASE NOTIFY US AND PROVIDE THIS CORRESPONDENCE TO YOUR ATTORNEY.

### Mortgage Payment

| | | | |
|---|---|---|---|
| New Monthly Payment Amount: | $2,218.02 | New Payment Effective: | February 01, 2012 |

| | CURRENT PAYMENT | NEW PAYMENT |
|---|---|---|
| PRINCIPAL/INTEREST | 1,970.23 | 1,970.23 |
| MONTHLY ESCROW PAYMENT | 233.09 | 247.79 |
| TOTAL PAYMENT | 2,203.32 | 2,218.02 |

- Your new monthly escrow payment represents 1/12th of your projected annual escrow disbursements.
- If your payment is issued by a third party, or if you make your payments through a bill pay service, please take the appropriate action to ensure that the new amount is updated with the service provider.

### Projections for the coming Year

Please keep this statement for reference next year.

| MONTH | PAYMENTS TO ESCROW ACCT | PAYMENTS FROM ESCROW ACCT | DESCRIPTION | PROJECTED BALANCE | | REQUIRED BALANCE | |
|---|---|---|---|---|---|---|---|
| Starting Balance: (Activity Assumed through January, 2012) | | | | $3,015.86 | | $1,575.42 | |
| FEB 12 | 247.79 | .00 | | 3,263.65 | | 1,823.21 | |
| MAR 12 | 247.79 | .00 | | 3,511.44 | | 2,071.00 | |
| APR 12 | 247.79 | .00 | | 3,759.23 | | 2,318.79 | |
| MAY 12 | 247.79 | 2,071.00 | HAZARD INSURANCE | 1,936.02 | (a) | 495.58 | (b) |
| JUN 12 | 247.79 | .00 | | 2,183.81 | | 743.37 | |
| JUL 12 | 247.79 | .00 | | 2,431.60 | | 991.16 | |
| AUG 12 | 247.79 | .00 | | 2,679.39 | | 1,238.95 | |
| SEP 12 | 247.79 | .00 | | 2,927.18 | | 1,486.74 | |
| OCT 12 | 247.79 | .00 | | 3,174.97 | | 1,734.53 | |
| NOV 12 | 247.79 | 902.49 | COUNTY TAX | 2,520.27 | | 1,079.83 | |
| DEC 12 | 247.79 | .00 | | 2,768.06 | | 1,327.62 | |
| JAN 13 | 247.79 | .00 | | 3,015.85 | | 1,575.41 | |
| TOTALS: | $2,973.48 | $2,973.49 | | | | | |

- Mortgage Insurance, if any, is not included in the required low point calculation.

### Determining Your Escrow Shortage/Surplus

| | | |
|---|---|---|
| PROJECTED LOW-POINT: | 1,936.02 | (a) |
| REQUIRED LOW-POINT (Cushion): | 495.58 | (b) |
| TOTAL ESCROW SURPLUS: | 1,440.44 | |

Under Federal Law, your surplus will be returned to you via a check. Since not all payments have been received, you will not receive a check.
If your Projected Low-Point (a) is:
- Less than your Required Low-Point (b), you have a shortage.
- Greater than your Required Low-Point (b), you have a surplus.
- Equal to your Required Low-Point (b), the above does not apply.

671-2248-0111F

Account Number: 0771526549-7
Analysis Date: December 20, 2011
Annual Escrow Analysis

## Account History

Please note the increases/decreases that may have occurred from the projections. This has impacted the shortage/surplus in this analysis reflected on the front side of this statement.

| ITEM | ACTUAL PAYMENTS | PROJECTED PAYMENTS | INCREASE/DECREASE |
|---|---|---|---|
| HAZARD INSURANCE | 2,071.00 | 1,938.00 | 133.00 |
| COMBINED TAXES | 902.49 | 859.08 | 43.41 |

This is a statement of actual activity in your escrow account from December 1, 2010 through December 20, 2011. This section provides last year's projections and compares it with actual activity.

Your most recent monthly mortgage payment during the past year was $2,203.32 of which $1,970.23 was for principal and interest and $233.09 was credited to your escrow account.

| MONTH | ACTUAL PAYMENTS TO ESCROW ACCOUNT | PROJECTED PAYMENTS TO ESCROW ACCOUNT | ACTUAL PAYMENTS FROM ESCROW ACCOUNT | PROJECTED PAYMENTS FROM ESCROW ACCOUNT | DESCRIPTION | ACTUAL ESCROW RUNNING BALANCE | PROJECTED ESCROW RUNNING BALANCE |
|---|---|---|---|---|---|---|---|
| Starting Balance: | | | | | | $366.45- | $1,515.54 |
| DEC 10 | 164.21 | 229.39 * | .00 | .00 | | 202.24- | 1,744.93 |
| JAN 11 | 642.16 | 229.39 * | .00 | .00 | | 439.92 | 1,974.32 |
| FEB 11 | .00 | 233.09 * | .00 | .00 | | 439.92 | 2,001.37 |
| MAR 11 | 321.08 | 233.09 * | .00 | .00 | | 761.00 | 2,234.46 |
| APR 11 | 321.08 | 233.09 * | .00 | .00 | | 1,082.08 | 2,467.55 |
| MAY 11 | 321.08 | 233.09 * | 2,071.00 | 1,938.00 * | HAZARD INSURANCE | 667.84- | 762.64 |
| JUN 11 | 321.08 | 233.09 * | .00 | .00 | | 346.76- | 995.73 |
| JUL 11 | 321.08 | 233.09 * | .00 | .00 | | 25.68- | 1,228.82 |
| AUG 11 | 229.39 | 233.09 * | .00 | .00 | | 203.71 | 1,461.91 |
| SEP 11 | 229.39 | 233.09 * | .00 | .00 | | 433.10 | 1,695.00 |
| OCT 11 | .00 | 233.09 * | .00 | .00 | | 433.10 | 1,928.09 |
| NOV 11 | 688.17 | 233.09 * | 902.49 | 859.08 * | COUNTY TAX | 218.78 | 1,302.10 |
| DEC 11 | 233.09 | 233.09 | .00 | .00 | | 451.87 | 1,535.19 |
| Totals: | $3,791.81 | $3,022.77 | $2,973.49 | $2,797.08 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or amount. Payment differences of $2.00 or less will not be marked with an asterisk.

Under Federal Law, your lowest monthly balance should not have exceeded $466.18 which is 1/6 of anticipated payments unless your mortgage contract or state law specifies a lower amount. Under your mortgage contract or state law, your lowest monthly balance should not have exceeded $466.18.

671-2249-0111B

CitiMortgage may charge interest on funds advanced to pay your escrow items. If you do not repay the escrow advance within 60 days (of the Escrow Analysis Statement date above) interest will be charged on the outstanding advance amount. The rate of interest on the advance will be the Note rate applicable to