UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

JOHN L. WILSON                       CASE NO. 6:10-bk-11680-ABB
VIVIAN L. WILSON                    Chapter 13

      Debtors,
_____/

## MOTION TO MODIFY CONFIRMED PLAN

COMES NOW, JOHN L. WILSON and VIVIAN L. WILSON, ("Debtors") by and though their undersigned attorney and pursuant to §1329 hereby request this Honorable Court enter an order modifying their confirmed plan and in support thereof would come forward and state:

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the **Clerk of the Court at 400 W. Washington Street, Suite 5100, Orlando, Florida 32801** and serve a copy on **Kevin E. Mangum, Attorney, Mateer Harbert, P.A., 225 E. Robinson Street, Suite 600, Orlando, FL 32801.**

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice and hearing, and may grant the relief requested.

1. On July 1, 2010 the debtors filed a voluntary petition under Chapter 13 of Title 11 (Doc. No. 1).

2. On February 3, 2011 this Honorable Court entered an Order Confirming Chapter 13 Plan (Doc. No. 21).

3. Pursuant to the Order Confirming Chapter 13 Plan the debtors were to make payments to the Chapter 13 Trustee for a period of 60 months.

4. On April 15, 2015 the Chapter 13 Trustee filed her Motion to Dismiss for Failure to Maintain Timely Plan Payments (Doc. No. 38).

5. On May 5, 2015, the Debtors filed their Response to Motion to Dismiss and Request for Hearing (Doc. No. 39) and has provided the Chapter 13 office with a partial payment due under that certain motion.

6. Based on the above, the Debtor wishes to modify their Chapter 13 Confirmed Plan and receive an early discharge.

7. The Standing Chapter 13 Trustee has a balance on hand to pay secured creditor CitiMortgage, Inc., CitiMortgage, Inc.'s secured arrearages and unsecured creditors their 4% share as stated in the Debtors' Confirmed Chapter 13 Plan as if the Debtors completed their 60 months of Chapter 13 Plan.

8. It would be in the best interests of the Debtors, creditors, and all parties-in-interest for the Debtors to be able to modify their Chapter 13 Plan.

**WHEREFORE**, Debtors respectfully request that this Court allow Debtors to modify their Chapter 13 Plan, and for such other and further relief as this Court deems just and proper.

**I HEREBY CERTIFY** that a true and correct copy hereof was furnished by ECF Notice or first class mail to John L. Wilson and Vivian L. Wilosn, 2998 Walker Road, Oviedo, FL 32765; Laurie K. Weatherford, Trustee, P O Box 3450, Winter Park, Florida 32790; and all parties in the attached mailing matrix, this 5th day of May, 2015.

/s/ Kevin E. Mangum
KEVIN E. MANGUM
Florida Bar Number 604260
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida 32802-2854
Telephone: (407) 425-9044
Facsimile: (407) 423-2016
kmangum@mateerharbert.com

Attorneys for Debtors

4836-0225-2323, v. 1

| DUE DATE 14TH | | 10-11680 B 8/14/2010 Unsecured | | | WILSON | Debtor Pmt | 6.0% Tee Fee | | ATTY | | | CITIMTG | | ARR | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 57 | | | 57 | | | | | | | | | | | |
| 8/14/2010 | 1 | $114.20 | | | | $2,855.00 | $171.30 | | $100.00 | | | $2,134.44 | | $335.06 | |
| 9/14/2010 | 2 | $114.20 | | | | $2,855.00 | $171.30 | | $100.00 | | | $2,134.44 | | $335.06 | |
| 10/14/2010 | 3 | $114.20 | | | | $2,855.00 | $171.30 | | $100.00 | | | $2,134.44 | | $335.06 | |
| 11/14/2010 | 4 | $114.20 | | | | $2,855.00 | $171.30 | | $100.00 | | | $2,134.44 | | $335.06 | |
| 12/14/2010 | 5 | $114.20 | | | | $2,855.00 | $171.30 | | $100.00 | | | $2,134.44 | | $335.06 | |
| 1/14/2011 | 6 | $114.20 | | | | $2,855.00 | $171.30 | | $100.00 | | | $2,134.44 | | $335.06 | |
| 2/14/2011 | 7 | $114.20 | 7 | at | | $2,855.00 | $171.30 | | $100.00 | | | $2,134.44 | 7 at | $335.06 | |
| 3/14/2011 | 8 | $60.02 | 1 | at | | $2,902.00 | $174.12 | | $100.00 | | | $2,134.44 | 1 at | $433.42 | |
| 4/14/2011 | 9 | $0.00 | | | | $2,905.00 | $174.30 | | $100.00 | | | $2,134.44 | | $496.26 | |
| 5/14/2011 | 10 | $0.00 | | | | $2,905.00 | $174.30 | | $100.00 | | | $2,134.44 | | $496.26 | |
| 6/14/2011 | 11 | $0.00 | | | | $2,905.00 | $174.30 | | $100.00 | | | $2,134.44 | | $496.26 | |
| 7/14/2011 | 12 | $0.00 | | | | $2,905.00 | $174.30 | | $100.00 | | | $2,134.44 | | $496.26 | |
| 8/14/2011 | 13 | $0.00 | | | | $2,905.00 | $174.30 | | $100.00 | | | $2,134.44 | | $496.26 | |
| 9/14/2011 | 14 | $0.00 | | | | $2,905.00 | $174.30 | | $100.00 | | | $2,134.44 | | $496.26 | |
| 10/14/2011 | 15 | $0.00 | | | | $2,905.00 | $174.30 | | $100.00 | | | $2,134.44 | | $496.26 | |
| 11/14/2011 | 16 | $0.00 | | | | $2,905.00 | $174.30 | | $100.00 | | | $2,134.44 | | $496.26 | |
| 12/14/2011 | 17 | $0.00 | | | | $2,905.00 | $174.30 | | $100.00 | | | $2,134.44 | | $496.26 | |
| 1/14/2012 | 18 | $0.00 | 10 | at | | $2,905.00 | $174.30 | | $100.00 | 18 at | | $2,134.44 | 10 at | $496.26 | |
| 2/14/2012 | 19 | ($0.00) | | | | $2,994.87 | $179.69 | | $100.00 | | | $2,218.02 | | $497.16 | |
| 3/14/2012 | 20 | ($0.00) | | | | $2,994.87 | $179.69 | 20 at | $100.00 | | | $2,218.02 | 2 at | $497.16 | |
| 4/14/2012 | 21 | ($0.00) | 3 | at | | $2,994.87 | $179.69 | | $75.00 | | | $2,218.02 | 1 at | $522.16 | |
| 5/14/2012 | 22 | $1,040.98 | 1 | at | | $5,729.87 | $343.79 | | $75.00 | | | $2,218.02 | 1 at | $2,052.08 | |
| 6/14/2012 | 23 | $211.43 | | | | $2,994.87 | $179.69 | | $75.00 | | | $2,218.02 | | $310.73 | |
| 7/14/2012 | 24 | $211.43 | | | | $2,994.87 | $179.69 | | $75.00 | | | $2,218.02 | | $310.73 | |
| 8/14/2012 | 25 | $211.43 | | | | $2,994.87 | $179.69 | | $75.00 | | | $2,218.02 | | $310.73 | |
| 9/14/2012 | 26 | $211.43 | | | | $2,994.87 | $179.69 | | $75.00 | | | $2,218.02 | | $310.73 | |
| 10/14/2012 | 27 | $211.43 | | | | $2,994.87 | $179.69 | | $75.00 | | | $2,218.02 | | $310.73 | |
| 11/14/2012 | 28 | $211.43 | | | | $2,994.87 | $179.69 | | $75.00 | | | $2,218.02 | | $310.73 | |
| 12/14/2012 | 29 | $211.43 | | | | $2,994.87 | $179.69 | | $75.00 | | | $2,218.02 | | $310.73 | |
| 1/14/2013 | 30 | $211.43 | 8 | at | | $2,994.87 | $179.69 | | $75.00 | 12 at | | $2,218.02 | | $310.73 | |
| 2/14/2013 | 31 | $212.06 | | | | $3,010.69 | $180.64 | | $75.00 | | | $2,232.26 | | $310.73 | |
| 3/14/2013 | 32 | $212.06 | | | | $3,010.69 | $180.64 | | $75.00 | | | $2,232.26 | | $310.73 | |
| 4/14/2013 | 33 | $212.06 | | | | $3,010.69 | $180.64 | | $75.00 | | | $2,232.26 | | $310.73 | |
| 5/14/2013 | 34 | $212.06 | | | | $3,010.69 | $180.64 | | $75.00 | | | $2,232.26 | | $310.73 | |
| 6/14/2013 | 35 | $212.06 | | | | $3,010.69 | $180.64 | | $75.00 | | | $2,232.26 | | $310.73 | |
| 7/14/2013 | 36 | $212.06 | | | | $3,010.69 | $180.64 | | $75.00 | | | $2,232.26 | | $310.73 | |
| 8/14/2013 | 37 | $212.06 | | | | $3,010.69 | $180.64 | | $75.00 | | | $2,232.26 | | $310.73 | |
| 9/14/2013 | 38 | $212.06 | | | | $3,010.69 | $180.64 | | $75.00 | | | $2,232.26 | | $310.73 | |
| 10/14/2013 | 39 | $212.06 | | | | $3,010.69 | $180.64 | | $75.00 | | | $2,232.26 | | $310.73 | |
| 11/14/2013 | 40 | $212.06 | | | | $3,010.69 | $180.64 | | $75.00 | | | $2,232.26 | | $310.73 | |
| 12/14/2013 | 41 | $212.06 | | | | $3,010.69 | $180.64 | | $75.00 | | | $2,232.26 | | $310.73 | |
| 1/14/2014 | 42 | $212.06 | | | | $3,010.69 | $180.64 | | $75.00 | | | $2,232.26 | | $310.73 | |
| 2/14/2014 | 43 | $212.06 | | | | $3,010.69 | $180.64 | | $75.00 | | | $2,232.26 | | $310.73 | |
| 3/14/2014 | 44 | $212.06 | | | | $3,010.69 | $180.64 | | $75.00 | | | $2,232.26 | | $310.73 | |
| 4/14/2014 | 45 | $212.06 | | | | $3,010.69 | $180.64 | | $75.00 | | | $2,232.26 | | $310.73 | |
| 5/14/2014 | 46 | $212.06 | | | | $3,010.69 | $180.64 | | $75.00 | | | $2,232.26 | | $310.73 | |
| 6/14/2014 | 47 | $212.06 | | | | $3,010.69 | $180.64 | | $75.00 | | | $2,232.26 | | $310.73 | |
| 7/14/2014 | 48 | $212.06 | | | | $3,010.69 | $180.64 | | $75.00 | | | $2,232.26 | | $310.73 | |
| 8/14/2014 | 49 | $212.06 | | | | $3,010.69 | $180.64 | | $75.00 | | | $2,232.26 | | $310.73 | |
| 9/14/2014 | 50 | $212.06 | | | | $3,010.69 | $180.64 | | $75.00 | | | $2,232.26 | | $310.73 | |
| 10/14/2014 | 51 | $212.06 | | | | $3,010.69 | $180.64 | | $75.00 | | | $2,232.26 | | $310.73 | |
| 11/14/2014 | 52 | $212.06 | | | | $3,010.69 | $180.64 ← 2013 tax refund Increase | | $75.00 | | | $2,232.26 | | $310.73 | |
| 12/14/2014 | 53 | $212.06 | | | | $3,010.69 | $180.64 | | $75.00 | | | $2,232.26 | | $310.73 | |
| 1/14/2015 | 54 | $212.06 | | | | $3,010.69 | $180.64 | | $75.00 | | | $2,232.26 | | $310.73 | |
| 2/14/2015 | 55 | $212.06 | | | | $3,010.69 | $180.64 | 35 at | $75.00 | | | $2,232.26 | | $310.73 | |
| 3/14/2015 | 56 | ($0.00) | 26 | at | | $3,010.69 | $180.64 | 1 at | $287.06 | | | $2,232.26 | 34 at | $310.73 | |
| 4/14/2015 | 57 | $0.00 | 1 | at | | $2,952.00 | $177.12 | 1 at | $87.94 | 27 at | | $2,232.26 | 1 at | $454.68 | |
| | | $0.00 | | | | | $0.00 | | | | | | | | |
| | | $0.00 | | | | | $0.00 | | | | | | | | |
| | | $0.00 | | | | | $0.00 | ## at | | ## at | | | ## at | | |
| | | | | | | | | | ATTY | | | CLAIM 2 | | CLAIM 102 | |
| | | $8,893.28 | | | | $171,840.38 | $10,310.42 | | $5,000.00 | | | $125,307.18 | | $22,329.50 | |
| | | $21,485.65 | | | | | | | $5,000.00 | | | 125,307.18 | | $22,329.50 | |
| | | 4% | | | | | | | | | | | | | |
| | | | | | | $171,840.38 REC'D TO DATE | | | | | | | | | |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:10-bk-11680-ABB<br>Middle District of Florida<br>Orlando<br>Tue May  5 15:10:07 EDT 2015 | CHRISTIANA TRUST, A DIVISION OF WILMINGTON S<br>c/o Carrington Mortgage Services, LLC<br>1610 East St. Andrew Place<br>B150<br>Santa Ana, CA 92705-4931 | CitiMortgage Inc.<br>PO Box 6941<br>The Lakes, NV 88901-6941 |
| Quantum3 Group LLC as agent for<br>Galaxy Asset Purchasing LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Recovery Management Systems Corp For GE Mone<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Rushmore Loan Management LLC<br>PO Box 55004<br>Irvine, CA 92619-5004 |
| John L. Wilson<br>2998 Walker Road<br>Oviedo, FL 32765-8518 | Vivian L Wilson<br>2998 Walker Road<br>Oviedo, FL 32765-8518 | CHRISTIANA TRUST, DIV. WILMINGTON SAV. FUND<br>TR. STANWICH MORTG. LOAN TRUST, 2013-8<br>c/o Carrington Mortg. Servs.<br>1610 East Saint Andrew Place, Suite B150<br>Santa Ana, CA 92705-4931 |
| Citimortgage<br>PO Box  6006<br>The Lakes, NV  88901-6006 | Citimortgage<br>POB 140609<br>Irving TX 75014-0609 | Crescent Recovery, LLC<br>PO Box 1097<br>Chesapeake, VA 23327-1097 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | GE Money Bank<br>c/o Recovery Mgmt Systems Corp<br>attn: Ramesh Singh<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Genesis Financial Solutions<br>Vativ Recovery Solutions LLC<br>As Agent For Genesis Financial Solutions<br>PO Box 19249<br>Sugar Land TX 77496-9249 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | NCO PORTFOLIO MANAGEMENT<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | NEX/MIL STAR/EXCHANGE<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374-0933 |
| Rushmore Loan Management Services LLC<br>PO Box 55004<br>Irvine, CA 92619-5004 | Seminole County Tax Collector<br>Attn:  Ray Valdes<br>Post Office Box 630<br>Sanford FL 32772-0630 | (p)STELLAR RECOVERY INC<br>1327 US HIGHWAY 2 WEST<br>STE 100<br>KALISPELL MT 59901-3413 |
| Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | Kevin E Mangum +<br>Mateer & Harbert, P.A.<br>P.O. Box 2854<br>Orlando, FL 32802-2854 | Seminole County Tax Collector (DS) +<br>Post Office Box 630<br>Sanford, FL 32772-0630 |
| Eugene Martell +<br>Lender Legal Services LLC<br>201 E. Pine Street<br>Suite 730<br>Orlando, FL 32801-2763 | LynAlise K Tannery +<br>Buckley Madole, P.C.<br>14841 Dallas Parkway, Suite 425<br>Dallas, TX 75254-7884 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF |

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | (d)Internal Revenue Service<br>Post Office Box 21126<br>Philadelphia PA 19114 | Stellar Recovery<br>1845 Hwy. 93 South, Suite 310<br>Kalispell, MT 59901 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Arthur B. Briskman<br>Orlando | (d) CitiMortgage, Inc.<br>P O Box 6941<br>The Lakes, NV 88901-6941 | (d)Quantum3 Group LLC as agent for<br>Galaxy Asset Purchasing LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |

End of Label Matrix
Mailable recipients   26
Bypassed recipients    3
Total                 29