**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

| | |
|---|---|
| **JOHN L. WILSON** | **CASE NO. 6:10-bk-11680-ABB** |
| **VIVIAN L. WILSON** | **Chapter 13** |

     **Debtors,**
_____/

**ORDER GRANTING MOTION TO MODIFY CONFIRMED PLAN**
(Doc. No. 41)

**THIS CAUSE** came before the Court without a hearing upon the Debtors' Motion to Modify Confirmed Plan (Doc. No. 41); Trustee's Consent to Debtors' Motion to Modify Confirmed Plan (Doc. No. 42) and the Court having noted that all issues are resolved by this Order, it is hereby,

     **ORDERED AND ADJUDGED**:

     1.     Debtors' Motion to Modify Confirmed Plan (Doc. No. 41) is **granted**.

     2.     The Order Confirming Chapter 13 Plan is modified, pursuant to the payments and disbursements set for on Exhibit "A" attached hereto.

/
/
/
/

3. All other provisions of the Order Confirming Chapter 13 Plan entered by this Court on February 3, 2011 (Doc. No. 21) shall remain the same and in full force and effect.

**DONE AND ORDERED** in Orlando, Florida this  14th  day of   May, 2015.

**Arthur B. Briskman**
United States Bankruptcy Judge

**Attorney Kevin E. Mangum is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.**

| DUE DATE | | 10-11680 B | | WILSON | | | | | CITIMTG | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14TH | | 8/14/2010 | | | 6.0% | | | | | | | ARR | |
| | | Unsecured | | Debtor Pmt | Too Fee | | | ATTY | | | | | |
| | 57 | | | | | | | | | | | | |
| 8/14/2010 | 1 | $114.20 | | $2,855.00 | $171.30 | | | $100.00 | $2,134.44 | | | $335.08 | |
| 9/14/2010 | 2 | $114.20 | | $2,855.00 | $171.30 | | | $100.00 | $2,134.44 | | | $335.08 | |
| 10/14/2010 | 3 | $114.20 | | $2,855.00 | $171.30 | | | $100.00 | $2,134.44 | | | $335.08 | |
| 11/14/2010 | 4 | $114.20 | | $2,855.00 | $171.30 | | | $100.00 | $2,134.44 | | | $335.08 | |
| 12/14/2010 | 5 | $114.20 | | $2,855.00 | $171.30 | | | $100.00 | $2,134.44 | | | $335.08 | |
| 1/14/2011 | 6 | $114.20 | | $2,855.00 | $171.30 | | | $100.00 | $2,134.44 | | | $335.08 | |
| 2/14/2011 | 7 | $114.20 | 7 at | $2,855.00 | $171.30 | | | $100.00 | $2,134.44 | 7 at | | $335.08 | |
| 3/14/2011 | 8 | $60.02 | 1 at | $2,902.00 | $174.12 | | | $100.00 | $2,134.44 | 1 at | | $433.42 | |
| 4/14/2011 | 9 | $0.00 | | $2,905.00 | $174.30 | | | $100.00 | $2,134.44 | | | $468.28 | |
| 5/14/2011 | 10 | $0.00 | | $2,905.00 | $174.30 | | | $100.00 | $2,134.44 | | | $468.28 | |
| 6/14/2011 | 11 | $0.00 | | $2,905.00 | $174.30 | | | $100.00 | $2,134.44 | | | $468.28 | |
| 7/14/2011 | 12 | $0.00 | | $2,905.00 | $174.30 | | | $100.00 | $2,134.44 | | | $468.28 | |
| 8/14/2011 | 13 | $0.00 | | $2,905.00 | $174.30 | | | $100.00 | $2,134.44 | | | $468.28 | |
| 9/14/2011 | 14 | $0.00 | | $2,905.00 | $174.30 | | | $100.00 | $2,134.44 | | | $468.28 | |
| 10/14/2011 | 15 | $0.00 | | $2,905.00 | $174.30 | | | $100.00 | $2,134.44 | | | $468.28 | |
| 11/14/2011 | 16 | $0.00 | | $2,905.00 | $174.30 | | | $100.00 | $2,134.44 | | | $468.28 | |
| 12/14/2011 | 17 | $0.00 | | $2,905.00 | $174.30 | | | $100.00 | $2,134.44 | | | $468.28 | |
| 1/14/2012 | 18 | $0.00 | 10 at | $2,905.00 | $174.30 | | | $100.00 | 18 at | $2,134.44 | 10 at | $468.28 | |
| 2/14/2012 | 19 | ($0.00) | | $2,994.87 | $179.69 | | | $100.00 | $2,218.02 | | | $497.16 | |
| 3/14/2012 | 20 | ($0.00) | | $2,994.87 | $179.69 | 20 at | | $100.00 | $2,218.02 | 2 at | | $497.16 | |
| 4/14/2012 | 21 | ($0.00) | 3 at | $2,994.87 | $179.69 | | | $75.00 | $2,218.02 | 1 at | | $522.16 | |
| 5/14/2012 | 22 | $1,040.98 | 1 at | $5,729.87 | $343.79 | | | $75.00 | $2,218.02 | 1 at | $2,082.08 | | |
| 6/14/2012 | 23 | $211.43 | | $2,994.87 | $179.69 | | | $75.00 | $2,218.02 | | | $310.73 | |
| 7/14/2012 | 24 | $211.43 | | $2,994.87 | $179.69 | | | $75.00 | $2,218.02 | | | $310.73 | |
| 8/14/2012 | 25 | $211.43 | | $2,994.87 | $179.69 | | | $75.00 | $2,218.02 | | | $310.73 | |
| 9/14/2012 | 26 | $211.43 | | $2,994.87 | $179.69 | | | $75.00 | $2,218.02 | | | $310.73 | |
| 10/14/2012 | 27 | $211.43 | | $2,994.87 | $179.69 | | | $75.00 | $2,218.02 | | | $310.73 | |
| 11/14/2012 | 28 | $211.43 | | $2,994.87 | $179.69 | | | $75.00 | $2,218.02 | | | $310.73 | |
| 12/14/2012 | 29 | $211.43 | | $2,994.87 | $179.69 | | | $75.00 | $2,218.02 | | | $310.73 | |
| 1/14/2013 | 30 | $211.43 | 8 at | $2,994.87 | $179.69 | | | $75.00 | 12 at | $2,218.02 | | $310.73 | |
| 2/14/2013 | 31 | $212.06 | | $3,010.69 | $180.64 | | | $75.00 | $2,232.28 | | | $310.73 | |
| 3/14/2013 | 32 | $212.06 | | $3,010.69 | $180.64 | | | $75.00 | $2,232.28 | | | $310.73 | |
| 4/14/2013 | 33 | $212.06 | | $3,010.69 | $180.64 | | | $75.00 | $2,232.28 | | | $310.73 | |
| 5/14/2013 | 34 | $212.06 | | $3,010.69 | $180.64 | | | $75.00 | $2,232.28 | | | $310.73 | |
| 6/14/2013 | 35 | $212.06 | | $3,010.69 | $180.64 | | | $75.00 | $2,232.28 | | | $310.73 | |
| 7/14/2013 | 36 | $212.06 | | $3,010.69 | $180.64 | | | $75.00 | $2,232.28 | | | $310.73 | |
| 8/14/2013 | 37 | $212.06 | | $3,010.69 | $180.64 | | | $75.00 | $2,232.28 | | | $310.73 | |
| 9/14/2013 | 38 | $212.06 | | $3,010.69 | $180.64 | | | $75.00 | $2,232.28 | | | $310.73 | |
| 10/14/2013 | 39 | $212.06 | | $3,010.69 | $180.64 | | | $75.00 | $2,232.28 | | | $310.73 | |
| 11/14/2013 | 40 | $212.06 | | $3,010.69 | $180.64 | | | $75.00 | $2,232.28 | | | $310.73 | |
| 12/14/2013 | 41 | $212.06 | | $3,010.69 | $180.64 | | | $75.00 | $2,232.28 | | | $310.73 | |
| 1/14/2014 | 42 | $212.06 | | $3,010.69 | $180.64 | | | $75.00 | $2,232.28 | | | $310.73 | |
| 2/14/2014 | 43 | $212.06 | | $3,010.69 | $180.64 | | | $75.00 | $2,232.28 | | | $310.73 | |
| 3/14/2014 | 44 | $212.06 | | $3,010.69 | $180.64 | | | $75.00 | $2,232.28 | | | $310.73 | |
| 4/14/2014 | 45 | $212.06 | | $3,010.69 | $180.64 | | | $75.00 | $2,232.28 | | | $310.73 | |
| 5/14/2014 | 46 | $212.06 | | $3,010.69 | $180.64 | | | $75.00 | $2,232.28 | | | $310.73 | |
| 6/14/2014 | 47 | $212.06 | | $3,010.69 | $180.64 | | | $75.00 | $2,232.28 | | | $310.73 | |
| 7/14/2014 | 48 | $212.06 | | $3,010.69 | $180.64 | | | $75.00 | $2,232.28 | | | $310.73 | |
| 8/14/2014 | 49 | $212.06 | | $3,010.69 | $180.64 | | | $75.00 | $2,232.28 | | | $310.73 | |
| 9/14/2014 | 50 | $212.06 | | $3,010.69 | $180.64 | | | $75.00 | $2,232.28 | | | $310.73 | |
| 10/14/2014 | 51 | $212.06 | | $3,010.69 | $180.64 | | | $75.00 | $2,232.28 | | | $310.73 | |
| 11/14/2014 | 52 | $212.06 | | $3,010.69 | $180.64 ← 2013 tax refund | | | $75.00 | $2,232.28 | | | $310.73 | |
| 12/14/2014 | 53 | $212.06 | | $3,010.69 | $180.64 increase | | | $75.00 | $2,232.28 | | | $310.73 | |
| 1/14/2015 | 54 | $212.06 | | $3,010.69 | $180.64 | | | $75.00 | $2,232.28 | | | $310.73 | |
| 2/14/2015 | 55 | $212.06 | | $3,010.69 | $180.64 | 35 at | | $75.00 | $2,232.28 | | | $310.73 | |
| 3/14/2015 | 56 | ($0.08) | 28 at | $3,010.69 | $180.64 | 1 at | | $287.08 | $2,232.28 | 34 at | | $310.73 | |
| 4/14/2015 | 57 | $0.00 | 1 at | $2,952.00 | $177.12 | 1 at | | $87.94 | 27 at | $2,232.28 | 1 at | $454.68 | |
| | | $0.00 | | | $0.00 | | | | | | | | |
| | | $0.00 | | | $0.00 | | | | | | | | |
| | | $0.00 | | | $0.00 | ## at | | ## at | | | ## at | | |
| | | | | | | | | ATTY | CLAIM 2 | | | CLAIM 102 | |
| | | $8,893.28 | | $171,840.38 | $10,310.42 | | | $5,000.00 | $126,307.18 | | | $22,329.50 | |
| | | $21,485.68 | | | | | | $5,000.00 | 126,307.18 | | | $22,329.50 | |
| | | 4% | | | | | | | | | | | |
| | | | | $171,840.38 | | | | | | | | | |
| | | | | REC'D TO DATE | | | | | | | | | |


EXHIBIT A